# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
INTERNATIONAL GYMNASTICS, INC § Case No. 12-39434
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/R. SCOTT ALSTERDA_____
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-39434 DRC Judge: DONALD R. CASSLING | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | INTERNATIONAL GYMNASTICS, INC | Date Filed (f) or Converted (c): | 10/03/12 (f) |
|  |  | 341(a) Meeting Date: | 11/29/12 |
| For Period Ending: | 11/10/14 | Claims Bar Date: | 03/14/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT (Parkway Bank ending 8160) | 0.00 | 0.00 |  | 0.00 | FA |
| 2. SECURITY DEPOSITS (Landlord - CRP Holidings A-2) | 5,000.00 | 0.00 |  | 0.00 | FA |
| 3. HOUSEHOLD GOODS (1 computer) | 150.00 | 0.00 |  | 0.00 | FA |
| 4. OTHER CONTINGENT (potential litigation v NiCor) | 10,000.00 | 0.00 |  | 0.00 | FA |
| 5. VEHICLE (2002 Dodge Ram 3500) | 2,000.00 | 0.00 |  | 0.00 | FA |
| 6. OFFICE EQUIPMENT (Various) | 1,495.00 | 0.00 |  | 0.00 | FA |
| 7. EQUIPMENT (Various) | 93,320.00 | 26,000.00 |  | 26,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $111,965.00     $26,000.00          $26,000.00     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee received court approval to sell substantially all of the Debtor's assets on December 12, 2012 and filed an
Asset Notice. Tax returns are being finalized and the Trustee anticipates filing a Final Report by August 30, 2014.

Initial Projected Date of Final Report (TFR): 08/30/14    Current Projected Date of Final Report (TFR): 08/30/14

/s/    R. SCOTT ALSTERDA
_____  Date: 11/10/14
R. SCOTT ALSTERDA

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 12-39434 -DRC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | INTERNATIONAL GYMNASTICS, INC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9875 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7460 | | |
| For Period Ending: | 11/10/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/12/12 | 7 | Roxanne Roth<br>David E. Roth<br>1708 W. Winnemac Ave.<br>Chicago, IL 60640-2720 | Sale of Scheduled Asset | 1129-000 | 26,000.00 | | 26,000.00 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.15 | 25,989.85 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.63 | 25,951.22 |
| 03/07/13 | 030001 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | | 2300-000 | | 20.72 | 25,930.50 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.85 | 25,895.65 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.51 | 25,857.14 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.20 | 25,819.94 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.39 | 25,781.55 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.09 | 25,744.46 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.28 | 25,706.18 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.22 | 25,667.96 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.93 | 25,631.03 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.11 | 25,592.92 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.82 | 25,556.10 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.99 | 25,518.11 |
| 02/10/14 | 030002 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond #016026455 | 2300-000 | | 20.66 | 25,497.45 |

Page Subtotals    26,000.00    502.55

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 18.03a

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-39434 -DRC |
| Case Name: | INTERNATIONAL GYMNASTICS, INC |
| Taxpayer ID No: | *******7460 |
| For Period Ending: | 11/10/14 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9875  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 26,000.00 | 502.55 | 25,497.45 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 26,000.00 | 502.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 26,000.00 | 502.55 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******9875 | 26,000.00 | 502.55 | 25,497.45 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 26,000.00 | 502.55 | 25,497.45 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 18.03a

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 10, 2014 |
|---|---|---|---|---|---|---|

Case Number: 12-39434  
Debtor Name: INTERNATIONAL GYMNASTICS, INC  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $0.00 | $10,899.50 | $10,899.50 |
| 001<br>3410-00 | Alan D. Lasko<br>Alan D. Lasko & Associates, PC<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Administrative | | $0.00 | $6,786.88 | $6,786.88 |
| 004<br>2100-00 | R. SCOTT ALSTERDA AS TRUSTEE<br>3500 Three First National Plaza<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,350.00 | $3,350.00 |
| 005<br>2200-00 | R. SCOTT ALSTERDA AS TRUSTEE<br>3500 Three First National Plaza<br>Chicago, IL 60602 | Administrative | | $0.00 | $43.64 | $43.64 |
| 007<br>3420-00 | Alan D. Lasko<br>Alan D. Lasko & Associates, PC<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Administrative | | $0.00 | $88.86 | $88.86 |
| BOND<br>008<br>2300-00 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $41.38 | $41.38 |
| `<br>002<br>3120-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $0.00 | $22.26 | $22.26 |
| 000004<br>040<br>5300-00 | Stacy Broderick<br>23722 N. Hillfarm Road<br>Lake Barrington, IL 60010 | Priority | | $2,822.01 | $6,653.81 | $6,653.81 |
| 000006B<br>050<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $0.00 | $1,164.26 | $1,164.26 |
| 000007B<br>050<br>5800-00 | Department of Treasury<br>Illinois Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $0.00 | $1,000.00 | $1,000.00 |
| 000001<br>070<br>7100-00 | CPR Holdings A-2LLC<br>c/o Noonan and Lieberman LTD<br>Attn: Ruth B Sosniak<br>105 W Adams St Ste 1100<br>Chicago, IL 60611 | Unsecured | | $80,541.41 | $80,541.41 | $80,541.41 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: November 10, 2014 |
|---|---|---|---|---|---|---|

Case Number: 12-39434  
Debtor Name: INTERNATIONAL GYMNASTICS, INC  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 000002<br>070<br>7100-00 | Alexandr Kotliar<br>c/o Nicole K Fishkin<br>Ottenheimer Law Group LLC<br>750 W Lake Cook Road<br>Suite 140<br>Buffalo Grove, IL 60089 | Unsecured | | $224,000.00 | $224,000.00 | $0.00 |
| 000003<br>070<br>7100-00 | Nataliya Kuchinskaya<br>c/o Nicole K Fishkin<br>Ottenheimer Law Group LLC<br>750 W Lake Cook Road<br>Suite 140<br>Buffalo Grove, IL 60089 | Unsecured | | $85,000.00 | $85,000.00 | $0.00 |
| 000006A<br>080<br>7300-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $0.00 | $128.20 | $128.20 |
| 000007A<br>080<br>7300-00 | Department of Treasury<br>Illinois Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $4,393.91 | $4,393.91 |
| | Case Totals: | | | $392,363.42 | $424,114.11 | $115,114.11 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-39434
Case Name: INTERNATIONAL GYMNASTICS, INC
Trustee Name: R. SCOTT ALSTERDA

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ | $ | $ |
| Trustee Expenses: R. SCOTT ALSTERDA | $ | $ | $ |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko | $ | $ | $ |
| Accountant for Trustee Expenses: Alan D. Lasko | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Stacy Broderick | $ | $ | $ |
| 000006B | Illinois Department of Revenue | $ | $ | $ |
| 000007B | Department of Treasury | $ | $ | $ |

Total to be paid to priority creditors             $_____

Remaining Balance                                  $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CPR Holdings A-2LLC | $ | $ | $ |
| 000002 | Alexandr Kotliar | $ | $ | $ |
| 000003 | Nataliya Kuchinskaya | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance                                         $_____

  Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006A | Illinois Department of Revenue | $ | $ | $ |
| 000007A | Department of Treasury | $ | $ | $ |

  Total to be paid to subordinated unsecured creditors  $_____

  Remaining Balance  $_____

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*