# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re   International Gymnastics, Inc.           )
                                                 )
                                                 )    Bankruptcy No. _____12-39434_____
                                                 )
                        Debtor.                  )    Chapter _____7_____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____Ungaretti & Harris LLP_____

Authorized to Provide Professional Services to: _____R. Scott Alsterda, Chapter 7 Trustee_____

Date of Order Authorizing Employment: _____December 4, 2012_____

Period for Which Compensation is Sought:
From _____October 9_____, __2012__ through _____January 14_____, __2014__

Amount of Fees Sought:   $ 10,899.50

Amount of Expense Reimbursement Sought:   $ 22.26

This is an:    Interim Application _____         Final Application __✓__

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| | | | | |

Dated:   __November 10, 2014__         R. Scott Alsterda, Attorney for Chapter 7 Trustee
                                                          (Counsel)

(Rev 11/19/10)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| INTERNATIONAL GYMNASTICS, INC., | ) ) | Case No. 12-39434 |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | |

**FIRST AND FINAL APPLICATION OF TRUSTEE'S COUNSEL
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

R. SCOTT ALSTERDA and UNGARETTI & HARRIS LLP (collectively "U&H"), counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this first and final application for compensation and reimbursement of expenses and represents to the Court as follows:

1. International Gymnastics, Inc. (the "Debtor") filed its voluntary petition under Chapter 7 on October 3, 2012.

2. R. Scott Alsterda (the "Trustee") was appointed as the Trustee for the Debtor's estate. The Trustee filed his Initial Report of Assets on December 11, 2012.

3. On December 4, 2012, an order was entered approving the employment of U&H as counsel for the Trustee. A copy of the December 4, 2014 Order approving the employment of Ungaretti & Harris LLP as counsel for Trustee is attached hereto as Exhibit "A."

4. <u>Case Summary</u>. Prior to the filing of the bankruptcy petition, the Debtor operated a fitness gym. The Debtor's Landlord was in the process of evicting the Debtor when the case was filed. The Trustee obtained an offer from a buyer to purchase the Debtor's gym equipment. The Trustee obtained an order authorizing the sale of the gym equipment and an order approving a compromise with the Landlord waiving post-petition use and occupancy expense claims during

the sale process. In the course of administering this case the Trustee with the assistance of U&H prepared and filed objections to the claims of the Debtor's owners. The claims were disallowed.

5.  Employment of Counsel. U&H provided 1.10 hours of services to the Trustee with a value of $412.50 related to the Trustee's motion to employ U&H as his bankruptcy counsel in this case. These services included drafting the motion, the declaration and the proposed order, as well as a court appearance for the hearing on the motion.

6.  Employment of Accountant. U&H provided 1.10 hours of services to the Trustee with a value of $412.50 related to the Trustee's motion to employ Alan D. Lasko & Associates as tax accountants in this case. These services included drafting the motion, the declaration and the proposed order, as well as a court appearance for the hearing on the motion.

7.  Landlord. U&H provided 7.20 hours of services to the Trustee with a value of $3,158.00 related to the Debtor's commercial space used as a fitness center. These services included negotiations with the Landlord regarding the Trustee's sale of the gym equipment and a waiver of post-petition use and occupancy expense claims pending the conclusion of the sale. The services included drafting a motion to approve a compromise with the Landlord, the letter agreement, the proposed order, as well as a couple of court appearances for hearings on the motion.

8.  Sale of Gym Equipment. U&H provided 7.10 hours of services to the Trustee with a value of $3,886.50 related to the Trustee's sale of the Debtor's gym equipment. U&H assisted the Trustee in the negotiations for the sale of the gym equipment, and drafting the purchase agreement and bill of sale. These services also included drafting the sale motion and the proposed orders, as well as court appearances for the hearings on the sale motion.

2

9. <u>Claims</u>. U&H provided 8.80 hours of services to the Trustee with a value of $4,000.00 in connection with the amendment or disallowance of certain proofs of claims. U&H assisted a pro se priority wage claimant in the preparation of an amended claim so that the Trustee would not have to file a claim objection. U&H also assisted the Trustee in analyzing two large unsubstantiated claims filed by the Debtor's owners. U&H requested documentation from the owners and when documentation was not forth coming, requested that the owners withdraw the claims. The owners refused to withdraw the claim and U&H assisted the Trustee in obtaining orders disallowing the Owner's proofs of claim. These services included drafting the claim objections and proposed orders, as well as court appearances for the hearings on the claim objections.

10. <u>Summary of Services</u>. The services provided to the Trustee by U&H are summarized as follows:

| CATEGORY | HOURS | VALUE |
|---|---|---|
| Employment of Counsel | 1.50 | $442.50 |
| Employment of Accountant | 1.10 | $412.50 |
| Landlord | 7.20 | $3,158.00 |
| Sale of Gym Equipment | 7.10 | $2,886.50 |
| Claims | 8.80 | $4,000.00 |
| **TOTALS** | **25.70** | **$10,899.50** |

11. Attached as Exhibit "B" is an itemized statement of the legal services rendered by U&H in chronological order. The statement reflects the legal services rendered, the time expended, the value of the services, and a description of the work performed.

12. The time expended and services rendered by the individual U&H attorneys are summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| R. Scott Alsterda | 14.70 | $515.00 | $7,570.50 |
| Patrick F. Ross | 11.00 | $302.64 | $3,329.00 |
| TOTAL | **25.70** |  | **$10,899.50** |

3

13.     Exhibit "B" also includes an itemized statement of the actual expenses incurred by U&H in connection with its representation of the Trustee. These expenses include postage ($17.60) and copying at 10 cents per page ($5.20) for a total amount of $22.26.

14.     Based on the nature, extent and value of services performed by U&H, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

15.     At all times during U&H's representation of the Trustee, U&H was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which U&H was employed.

WHEREFORE, U&H requests that it be awarded reasonable compensation in the amount of $10,899.50 for legal services rendered in this case and reimbursement of actual and necessary expenses in the amount of $22.26.

DATE: November 10, 2014                    Respectfully Submitted

                                           UNGARETTI & HARRIS LLP

                                           /s/ R. Scott Alsterda

Of Counsel:
R. SCOTT ALSTERDA (ARDC 3126771)
UNGARETTI & HARRIS, LLP
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON AVENUE
CHICAGO, IL 60602-4283
312-977-9203; 312-977-4405 (Fax)
rsalsterda@uhlaw.com

4