# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
INTERNATIONAL GYMNASTICS, INC § Case No. 12-39434 DRC
§
Debtor(s) §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF COURT
        United States Bankruptcy Court
        219 South Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/16/2014 in Courtroom 619,

        United States Courthouse
        219 South Dearborn Street
        Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: __11/24/2014__         By: __Clerk of the U.S. Bankruptcy Court__

*R. SCOTT ALSTERDA*
*70 WEST MADISON STREET*
*SUITE 3500*
*CHICAGO, IL 60602-4283*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| INTERNATIONAL GYMNASTICS, INC | § | Case No. 12-39434 DRC |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 26,000.00 |
| and approved disbursements of | $ | 502.55 |
| leaving a balance on hand of[1] | $ | 25,497.45 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| Trustee Expenses: R. SCOTT ALSTERDA | $ 43.64 | $ 0.00 | $ 43.64 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 10,899.50 | $ 0.00 | $ 10,899.50 |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ 22.26 | $ 0.00 | $ 22.26 |
| Accountant for Trustee Fees: Alan D. Lasko | $ 6,786.88 | $ 0.00 | $ 6,786.88 |
| Accountant for Trustee Expenses: Alan D. Lasko | $ 88.86 | $ 0.00 | $ 88.86 |
| Other: International Sureties, Ltd. | $ 41.38 | $ 41.38 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 21,191.14 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

    Remaining Balance      $      4,306.31

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 8,818.07 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Stacy Broderick | $ 6,653.81 | $ 0.00 | $ 4,306.31 |
| 000006B | Illinois Department of Revenue | $ 1,164.26 | $ 0.00 | $ 0.00 |
| 000007B | Department of Treasury | $ 1,000.00 | $ 0.00 | $ 0.00 |

    Total to be paid to priority creditors      $      4,306.31

    Remaining Balance      $      0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 80,541.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CPR Holdings A-2LLC | $ 80,541.41 | $ 0.00 | $ 0.00 |
| 000002 | Alexandr Kotliar | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | Nataliya Kuchinskaya | $ 0.00 | $ 0.00 | $ 0.00 |

    Total to be paid to timely general unsecured creditors      $      0.00

    Remaining Balance      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 4,522.11 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006A | Illinois Department of Revenue | $ 128.20 | $ 0.00 | $ 0.00 |
| 000007A | Department of Treasury | $ 4,393.91 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors  $             0.00

Remaining Balance  $             0.00

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

R. SCOTT ALSTERDA
70 WEST MADISON STREET
SUITE 3500
CHICAGO, IL 60602-4283

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-39434-DRC
International Gymnastics, Inc.                                          Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers                  Page 1 of 1              Date Rcvd: Nov 25, 2014
                              Form ID: pdf006               Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2014.
db            +International Gymnastics, Inc.,    520 Business Center Drive,    Mount Prospect, IL 60056-2189
19526418     #+Alexandr Kotliar,    Nicole K Fishkin,    Ottenheimer Law Group LLC,    750 W Lake Cook Road,
                Suite 140,    Buffalo Grove, IL 60089-2071
19656134     #+Alexandr Kotliar,    60 E. Garden Avenue,    Palatine, IL 60067-2783
19526419     +CRP Holdings A-2, LLC,    88281 Expedite Way,    Chicago, IL 60695-0003
19656135      Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
19656132      Illinois Department of Labor,    Hearings Division,    150 N. LaSalle Street, Suite C-1300,
                Chicago, IL 60601
22309246      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                Chicago, Illinois 60664-0338
19656137     +Jane Petrof,    437 S. Windsor,    Arlington Heights, IL 60004-6753
19652202     #+Nataliya Kuchinskay,    Nicole K Fishkin,    Ottenheimer Law Group LLC,    750 W Lake Cook Road,
                Suite 140,    Buffalo Grove, IL 60089-2071
19656138     +Nataliya Kuchinskaya,    Ottenbeimer Law Group LLC,    750 W Lake Cook Road,    Suite 140,
                Buffalo Grove, IL 60089-2071
19526421     +Noonan & Lieberman,    105 W. Adams,    Stuite 1100,    Chicago, IL 60603-4109
19656133     +Stacey Broderick,    23722 Hillfarm Road,    Barrington, IL 60010-1085

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22479304       E-mail/Text: cio.bncmail@irs.gov Nov 26 2014 01:24:46
                Department of Treasury   Internal Revenue Service,   P O Box 7346,
                Philadelphia, PA   19101-7346
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19526420*     +CRP Holdings A-2, LLC,    88281 Expedite Way,    Chicago, IL 60695-0003
19656136*     +CRP Holdings A-2, LLC,    88281 Expedite Way,    Chicago, IL 60695-0003
19656139*     +Noonan & Lieberman,    105 W. Adams,    Stuite 1100,    Chicago, IL 60603-4109
19528643    ##+CPR Holdings A-2LLC,    Noonan and Lieberman LTD,    Attn: Ruth B Sosniak,
                105 W Adams St Ste 1100,    Chicago, IL 60603-6238
                                                                                              TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 24, 2014 at the address(es) listed below:
              Nicole K Fishkin    on behalf of Debtor    International Gymnastics, Inc. nfishkin@otrlaw.com
              Patrick F Ross    on behalf of Trustee R Scott Alsterda pfross@uhlaw.com,
               kburde@uhlaw.com;rjanczak@uhlaw.com;sbmiller@uhlaw.com;jtruskusky@uhlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              R Scott Alsterda    on behalf of Trustee R Scott Alsterda rsalsterda@uhlaw.com
              R Scott Alsterda    rsalsterda@uhlaw.com, ralsterda@ecf.epiqsystems.com
              Ruth B Sosniak    on behalf of Creditor    CRP Holdings A-2 LLC rsosniak@noonanandlieberman.com
                                                                                              TOTAL: 6