UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
INTERNATIONAL GYMNASTICS, INC § Case No. 12-39434
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/R. SCOTT ALSTERDA_____
                                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA AS TRUSTEE | | | | | |
| R. SCOTT ALSTERDA AS TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | STACY BRODERICK | | | | | |
| 000007B | DEPARTMENT OF TREASURY | | | | | |
| 000006B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alexandr Kotliar 60 E. Garden Avenue Palatine, IL 60067 | | | | | |
| | CRP Holdings A-2, LLC 88281 Expedite Way Chicago, IL 60695 | | | | | |
| | Noonan & Lieberman 105 W. Adams Stuite 1100 Chicago, IL 60603 | | | | | |
| 000002 | ALEXANDR KOTLIAR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CPR HOLDINGS A-2LLC | | | | | |
| 000003 | NATALIYA KUCHINSKAYA | | | | | |
| 000007A | DEPARTMENT OF TREASURY | | | | | |
| 000006A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-39434   DRC   Judge: DONALD R. CASSLING | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | INTERNATIONAL GYMNASTICS, INC | Date Filed (f) or Converted (c): | 10/03/12 (f) |
| | | 341(a) Meeting Date: | 11/29/12 |
| For Period Ending: | 12/31/14 | Claims Bar Date: | 03/14/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT (Parkway Bank ending 8160) | 0.00 | 0.00 | | 0.00 | FA |
| 2. SECURITY DEPOSITS (Landlord - CRP Holidings A-2) | 5,000.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS (1 computer) | 150.00 | 0.00 | | 0.00 | FA |
| 4. OTHER CONTINGENT (potential litigation v NiCor) | 10,000.00 | 0.00 | | 0.00 | FA |
| 5. VEHICLE (2002 Dodge Ram 3500) | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. OFFICE EQUIPMENT (Various) | 1,495.00 | 0.00 | | 0.00 | FA |
| 7. EQUIPMENT (Various) | 93,320.00 | 26,000.00 | | 26,000.00 | FA |

TOTALS (Excluding Unknown Values)     $111,965.00     $26,000.00     $26,000.00

Gross Value of Remaining Assets: $0.00
(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee received court approval to sell substantially all of the Debtor's assets on December 12, 2012 and filed an Asset Notice. Tax returns are being finalized and the Trustee anticipates filing a Final Report by August 30, 2014.

Initial Projected Date of Final Report (TFR): 08/30/14     Current Projected Date of Final Report (TFR): 08/30/14

/s/ R. SCOTT ALSTERDA
_____  Date: 12/31/14
R. SCOTT ALSTERDA

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-39434 -DRC | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | INTERNATIONAL GYMNASTICS, INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9875 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7460 | | | |
| For Period Ending: | 12/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/12/12 | 7 | Roxanne Roth<br>David E. Roth<br>1708 W. Winnemac Ave.<br>Chicago, IL 60640-2720 | Sale of Scheduled Asset | 1129-000 | 26,000.00 | | 26,000.00 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.15 | 25,989.85 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.63 | 25,951.22 |
| 03/07/13 | 030001 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | | 2300-000 | | 20.72 | 25,930.50 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.85 | 25,895.65 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.51 | 25,857.14 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.20 | 25,819.94 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.39 | 25,781.55 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.09 | 25,744.46 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.28 | 25,706.18 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.22 | 25,667.96 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.93 | 25,631.03 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.11 | 25,592.92 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.82 | 25,556.10 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.99 | 25,518.11 |
| 02/10/14 | 030002 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond #016026455 | 2300-000 | | 20.66 | 25,497.45 |
| 12/17/14 | 030003 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 10,899.50 | 14,597.95 |
| 12/17/14 | 030004 | Alan D. Lasko | Accountant for Trustee Fees (Other | 3410-000 | | 6,786.88 | 7,811.07 |
| | | | Page Subtotals | | 26,000.00 | 18,188.93 | |

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 12-39434 -DRC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | INTERNATIONAL GYMNASTICS, INC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9875 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7460 | | |
| For Period Ending: | 12/31/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/17/14 | 030005 | Alan D. Lasko & Associates, PC<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Claim `, Payment 100.00000% | 3120-000 | | 22.26 | 7,788.81 |
| 12/17/14 | 030006 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Trustee Compensation | 2100-000 | | 3,350.00 | 4,438.81 |
| 12/17/14 | 030007 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Trustee Expenses | 2200-000 | | 43.64 | 4,395.17 |
| 12/17/14 | 030008 | Alan D. Lasko<br>Alan D. Lasko & Associates, PC<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant for Trustee Expenses (Ot | 3420-000 | | 88.86 | 4,306.31 |
| 12/17/14 | 030009 | Stacy Broderick<br>23722 N. Hillfarm Road<br>Lake Barrington, IL 60010 | Claim 000004, Payment 64.71946% | 5300-000 | | 4,306.31 | 0.00 |

Page Subtotals    0.00    7,811.07

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2 Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-39434 -DRC | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | INTERNATIONAL GYMNASTICS, INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9875  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7460 | | | |
| For Period Ending: | 12/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 26,000.00 | 26,000.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 26,000.00 | 26,000.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 26,000.00 | 26,000.00 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account (Non-Interest Earn - *******9875 | | 26,000.00 | 26,000.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 26,000.00 | 26,000.00 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 18.03b